NO. 07-03-00121-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 14, 2003

_____

IN THE INTEREST OF BLAKE CLARK, A MINOR CHILD

_____

FROM THE 286TH DISTRICT COURT OF HOCKLEY COUNTY;

NO. 99-04-17,643; HONORABLE WILLIAM C. DODSON, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Pending before this Court is appellant David Lynn Clark's motion by which he represents he desires to dismiss his appeal. Without passing on the merits of the case, the motion is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.1(a)(1). Having dismissed the appeal pursuant to appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Don H. Reavis
Justice